# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## ORDER OF THE EXECUTIVE COMMITTEE

IT APPEARING THAT the new case number 07 CV 7087 was assigned in error;

IT FURTHER APPEARING that the new case 07 CV 7087 is a inter-district transfer-in from the District of South Carolina of a case previously filed under 07 CV 6977 that is assigned to the calendar of Judge Gottschall of this court; therefore;

IT IS HEREBY ORDERED that the assignment of 07 CV 7087 to Judge Shadur shall be vacated, that all documents received with 07 CV 7087 be filed in the correct case, 07 CV 6977, and that case number 07 CV 7087 shall not be used for any other proceeding.

ENTER:

FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge

Dated at Chicago this 21st day of December, 2007.